IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN FRAZIER,

    Plaintiff,

v.                     Case No. 1:18cv175-MW/GRJ

MAYO CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the three-strike bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on November 8, 2018.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**